CECELIA L. BORDON, as Administratrix of the Estate of JEANETTE LUKASZEWSKI, Deceased, Respondent, *v.* CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant.

(Argued October 9, 1936; decided October 23, 1936.)

*N. Otis Rockwood* for appellant.
*Henry Hirschberg* for respondent.

Judgment affirmed with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN, J.